IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_____
                                                        )
A&W MAINTENANCE, INC.;                    )
WARREN ENVIRONMENTAL, INC.;      )
and DANNY WARREN,                            )
                                                        )
Plaintiffs,                                                )
                                                        )   Docket No:    09-1519 (JAG)
v.                                                         )
                                                        )
PIPELINERS OF PUERTO RICO, INC.;    )   RE: COLLECTION OF MONIES,
REINSURANCE CORP. OF AMERICA;     )   BREACH OF CONTRACT, BOND
MAPFRE PUERTO RICO;                        )   CLAIM, UNJUST ENRICHMENT
PUERTO RICO AQUEDUCT AND SEWER )   AND DEFAMATION
AUTHORITY; and ERICK RODRÍGUEZ,  )
INDIVIDUALLY,                                      )   JURY TRIAL DEMANDED
                                                        )
Defendants.                                            )
_____)

**MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

NOW COMES, Plaintiffs, A&W Maintenance, Inc.; Warren Environmental, Inc.; and Danny Warren (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned counsel state as follows:

1. The parties in this action have reached a settlement agreement that resolves all of the claims and defenses raised by the parties in this action.

2. Therefore, pursuant to FRCP 41(a)(2) plaintiffs request that the Court enter Judgment dismissing all claims filed in this case with prejudice, without the imposition of costs or attorneys´ fees.

3. Counsel for all of the parties in this case have approved the filing of this motion.

1

WHEREFORE, Plaintiffs move this Court to enter judgment dismissing all causes of action filed in this case with prejudice without the imposition of costs or attorneys´ fees. In San Juan, Puerto Rico this 10th day of November, 2010.

>**GURLEY DRAMIS LAZO**
>601 South Osprey Avenue
>Sarasota, Florida 34236
>Telephone: (941) 365-4501
>Facsimile: (941) 365-2916
>clazo@gurleydramislazo.com
>afernandez@gurleydramislazo.com
>**s/ Conrad J. Lazo**
>USDC – PR Bar No. 221203
>
>**s/ Alfredo Fernández Martínez**
>USDC-PR #210511
>
>**s/ Carlin J. Phillips**
>Admitted Pro Hac Vice
>PHILLIPS & GARCIA, P.C.
>13 Ventura Drive
>North Dartmouth, MA 02747
>Telephone: (508) 998-0800
>Facsimile:   (508) 998-0919
>cphillips@phillipsgarcia.com